# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday May 14 2014; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT**

I served the same on Friday May 16 2014 at 03:02PM by:

**Serving Defendant ALLIED COLLECTION SERVICES, INC, A NEVADA CORPORATION, BY SERVING MICHAEL FEENEY, REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: REBECCA HNYDA, ADMINISTRATIVE MANAGER ON BEHALF OF MICHAEL FEENEY, REGISTERED AGENT, PURSUANT TO NRS 14.020 SUBSECTION 6(B), AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE MOST RECENT ACTUAL PHYSICAL LOCATION IN THIS STATE AT WHICH THE REGISTERED AGENT IS AVAILABLE FOR SERVICE OF PROCESS, AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Authorized Agent.  at the Defendant's Business located at 3080 S DURANGO DR, #208, Las Vegas, NV  89117.

SUBSCRIBED AND SWORN to before me on this
Monday May 19 2014 By the Affiant.

Notary Public

TAMARA S. CONWAY
Notary Public State of Nevada
No. 98-4334-1
My Appt. Exp. August 22, 2014

1389

Affiant: MARIE A SCHEIB #R-002901
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

p2004304  .5626000.427817  v

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Tammy Hernandez, an individual; and Jose Hernandez, an individual;<br><br>_Plaintiff(s)_<br>v.<br>Allied Collection Services, Inc. a Nevada Corporation; Michael L. Feeney, an individual; DOE I, also known as Chasity, an individual; and DOES II-X;<br><br>_Defendant(s)_ | Civil Action No. 14-cv-00744-JCM-VCF |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Allied Collection Services, Inc.
3080 South Durango Dr. #208
Las Vegas, NV 89117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Atkinson & Watkins, LLP
10789 W. Twain Ave. Ste. 100
Las Vegas, NV 89135
702-562-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
_Lance S. Wilson_
(By) DEPUTY CLERK

5/13/2014
DATE